JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

DEREK KO
Law Clerk

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUL - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRONI KARI BAKKE,<br><br>Defendant. | No. CR 09-00532 HRL<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

On July 2, 2009, United States Attorney Law Clerk Derek Ko and Assistant Federal Public Defender Manuel Arajuo appeared for a status hearing in the above-referenced case. Mr. Araujo informed the Court that he was conducting an investigation into the case, and the parties requested that a further status hearing be scheduled for July 30, 2009 at 11:00 a.m. The government also requested an exclusion of time under the Speedy Trial Act from July 2, 2009 to July 30, 2009. The defendant, through Mr. Araujo, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based effective preparation of defense counsel.

SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                        United States Attorney

DATED: 7/6/09                                    /s/
                                        _____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: 7/6/09                                    /s/
                                        _____
                                        MANUEL ARAJUO
                                        Assistant Federal Public Defender

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from July 2, 2009 to July 30, 2009. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 7/6/09
                                        _____
                                        HOWARD R. LLOYD
                                        United States Magistrate Judge