**FILED**

AUG 2 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  JEFFREY B. SCHENK (CSBN 234355)
   Assistant United States Attorney
5
6     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-2695
7     Facsimile: (408) 535-5081
      jeffrey.b.schenk@usdoj.gov
8
   Attorneys for the United States
9
                UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,        )   No. CR 09-00532-~~MAG~~ HRL
13                                  )
         Plaintiff,                 )
14                                  )   NOTICE OF DISMISSAL
      v.                            )
15                                  )
   BRONI BAKKE,                     )
16                                  )
         Defendant.                 )
17                                  )
                                    )
18 _____  )

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California dismisses the above infomation

21 without prejudice as to defendant Broni Bakke. Ms. Bakke has successfully completed her

22 period of pretrial diversion.

23

24 DATED: August 23, 2010              Respectfully submitted,

25                                     MELINDA HAAG
                                       United States Attorney
26

27                                     __/s/_____
28                                     JEFFREY B. SCHENK
                                       Assistant United States Attorney

NOTICE OF DISMISSAL - No. 7-99-133-WLG

1  Leave of Court is granted to the government to dismiss that information without prejudice as to
2  defendant Broni Bakke.

Date: 8/24/10

Howard R. Lloyd
United States Magistrate Judge

NOTICE OF DISMISSAL - CR 09-00710-MAG2